UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ALLIED SERVICES DIVISION WELFARE FUND, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>MERCK & CO. INC..,<br><br>    Defendant. | Case No. 12-cv-766-JPG-PMF |

## MEMORANDUM AND ORDER

Upon review, it appears that this case involves allegations and discovery issues similar to those in *Allied Services Division Welfare Fund v. Novartis Pharmaceuticals Corp.*, 12-cv-775-MJR-SCW, which is referred to Magistrate Judge Stephen C. Williams pursuant to Local Rule 72.1(a)(1).   To preserve judicial economy and for the convenience of the parties, the undersigned judge hereby **REFERS** this case to Magistrate Judge Williams as well pursuant to Local Rule 72.1(a)(1).   All further documents shall bear Case No. 12-cv-766-JPG-SCW.

**IT IS SO ORDERED.**
**DATED: July 10, 2012**

                                                s/J. Phil Gilbert
                                              **J. PHIL GILBERT**
                                              **DISTRICT JUDGE**